**Daniel J. BERNSTEIN,
Plaintiff–Appellee,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; United States Department of Commerce; Department of State; United States Department of Defense; United States Arms Control and Disarmament Agency; National Security Agency; United States Department of**

Energy; Central Intelligence Agency; Madeline E. Albright, United States Secretary of State; William M. Daley, United States Secretary of Commerce; William Cohen, United States Secretary of Defense; Kenneth A. Minihan, Director, United States National Security Agency; John B. Holum, Director, United States Arms Control and Disarmament Agency; William G. Robinson; Gary M. Oncale; Ambassador Michael Newlin; Charles Ray; Mark Koro; Greg Stark; Does 1–100, Defendants–Appellants.

No. 97–16686.

United States Court of Appeals,
Ninth Circuit.

Sept. 30, 1999.

## ORDER

HUG, Chief Judge:

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Bernstein v. U.S. Dept. of Justice*, 176 F.3d 1132 (9th Cir.1999), is withdrawn.